**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

------------------------------------------------------- X

In re:

| | |
|---|---|
| Gena Renia Lovett, | Chapter: 13 |
| Debtor. | Case No.: 24-10406-pb |
| | Judge: Hon. Philip Bentley |

------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLC hereby appears in this matter on behalf of JPMorgan Chase Bank, National Association with respect to its interest in the real property described as 2084 5TH AVE, New York, NY 10027. Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys for JPMorgan Chase Bank, National Association

Dated: April 08, 2024   By:   */s/ Linda St. Pierre*
Linda St. Pierre
50 Weston Street
Hartford, CT 06120
Telephone: (347) 286-7409
Facsimile: (347) 286-7414
NY_ECF_Notices@McCalla.com

NOA