| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>GENA RENIA LOVETT,<br><br><br>                        Debtor.<br>------------------------------------------------x | TF-0014/MK<br>July 25, 2024<br>10:00 AM<br><br>Case No. 24-10406-PB<br><br>Hon. PHILIP BENTLEY<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Philip Bentley, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 25th day of July, 2024 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

      Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
        June 25, 2024

                                                      /s/ *Thomas C. Frost*
                                                    THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                                    399 KNOLLWOOD ROAD, STE 102
                                                    WHITE PLAINS, NY 10603
                                                      (914)328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | TF-0014/MK<br>July 25, 2024<br>10:00 AM |

---------------------------------------------------x

IN RE:                                                                                  Case No: 24-10406-PB

GENA RENIA LOVETT,                                                      Hon. PHILIP BENTLEY

                                                                                               **APPLICATION**

                            Debtor.
---------------------------------------------------x

TO THE HONORABLE PHILIP BENTLEY, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 12, 2024 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 2 Plan Months of a 60 Month Plan, and there is no monthly Plan payment set forth in the Plan.

3. The Debtor does not qualify for Chapter 13 relief as the Debtor's debt, as indicated by the filed proof of claims on the Court's Claims Register in the amount of $6,668,539.22, exceeds the jurisdictional limit pursuant to 11 U.S.C. §109(e).

4. The Debtor's budget, Schedules I and J, indicates a negative cash flow which clearly demonstrates that the Debtor will not be able to make any Chapter 13 plan payments as required by 11 U.S.C. §1325(a)(6). The Debtor's budget (Schedule I & J) shows monthly disposable income of - $6,249.43.

5. The Debtor's proposed Chapter 13 plan must be amended to provide for monthly plan payments pursuant to 11 U.S.C. §1325(b)(1)(B).

6. The Debtor's proposed Chapter 13 plan must be amended to address all secured and priority creditors consistent with the amounts listed in the filed claims.

7. The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the official Form B22C (CMI), Statement of Monthly Income and Disposable Income pursuant to 11 U.S.C. §521(a)(1)(B)(v) has not been filed.

8. Furthermore, the Debtor has failed to:

    a. file a Credit Counseling Certificate as required by 11 U.S.C. §521(b)(1);

    b. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1);

    c. amend Schedules A/B to include all bank accounts and all real property in which the Debtor has an ownership interest;

    d. provide the Trustee with documentation of the current ownership interest and value of all real property in which the Debtor has an ownership interest;

    e. provide to the Trustee and file with the Court copies of verified monthly operating reports each month;

    f. provide the Trustee with copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv);

    g. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1);

    h. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a); and

    i. provide the Trustee with copies of filed 2023 federal and state tax returns and refunds, if any.

9. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

10. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       June 25, 2024

                                                /s/ *Thomas C. Frost*
                                                Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x   Case No: 24-10406-PB
IN RE:

 GENA RENIA LOVETT,

**CERTIFICATE OF SERVICE
BY MAIL**

Debtor.
-------------------------------------------------------x

  This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

GENA RENIA LOVETT
2084 5TH AVENUE
NEW YORK, NY 10035

ISAAC MYERS, III, ESQ.
244 FIFTH AVE
STE #W222
NEW YORK, NY 10001

LINDA ST. PIERRE, ESQ.
MCCALLA RAYMER LEIBERT PIERCE, LLC
50 WESTON STREET
HARTFORD, CT 06120

SLAVA HAZIN, ESQ.
WARSHAW BURSTEIN COHEN SCHLESINGER & KUH
555 FIFTH AVENUE
NEW YORK, NY 10017

This June 25, 2024

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  24-10406
Hon. PHILIP BENTLEY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------------------------------
IN RE:

GENA RENIA LOVETT,

                Debtor.

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**THOMAS C. FROST
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**