UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
| Gena Renia Lovett | Case No. 24-10406 |
| Debtor. | Hon. Philip Bentley |

-----------------------------------------------------------X

## ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY

Upon the motion dated June 28, 2024 (the "Motion") of JPMorgan Chase Bank, National Association (with any subsequent successor or assign, the "Creditor"), for an order, (a) pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) granting Creditor relief from the automatic stay imposed in this case under 11 U.S.C. § 362(a) as to Movant's interest in real property commonly known as 2084 5th Avenue, New York, NY 10027 (the "Property"), and (b) pursuant to 11 U.S.C. § 362(d)(4) and 105(a) granting *in rem* relief from the automatic stay imposed in subsequent cases under 11 U.S.C. § 362(a), such that any and all future filings under the Bankruptcy Code during the next two years by the debtor herein, Gena Renia Lovett (the "Debtor") or any other person or entity with an interest in the Property shall not operate as a stay as to Movant's enforcement of its rights in and to the Property; and, after due and sufficient service and notice, the Court having held a hearing on the Motion on July 25, 2024; and no written opposition having been submitted; and, after due deliberation and sufficient cause appearing, it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. §§ 362(d)(4)(B) and 105(a), that any bankruptcy filing by the Debtor, or any occupant or owner of the Property, shall not operate as an automatic stay against Creditor, its agents, assigns or successors in interest, for a period of two (2) years from the entry of this Order except upon separate Order of the Court; and it is further

**ORDERED**, that the Chapter 13 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report [*if applicable*], and shall be noticed with any

surplus monies realized from the sale of the Property; and it is further

**ORDERED**, that all other relief sought in the Motion is denied.



|  |  |
|---|---|
| **Dated: September 23, 2024**<br>**New York, New York** | **/s/ Philip Bentley**<br>_____<br>**Hon. Philip Bentley**<br>**U.S. Bankruptcy Judge** |